**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**
Southern Division

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>      Plaintiff,<br><br>   v.<br><br><br>119,593 SQUARE FEET (2.7455 ACRES) OF LAND, MORE OR LESS, SITUATE IN LANDOVER, PRINCE GEORGE'S COUNTY, MARYLAND,<br><br>and<br><br>LANDOVER BEVERAGE REALTY LLC, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)    CIVIL No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT IN CONDEMNATION**

1.  This is a civil action brought by Washington Metropolitan Area Transit Authority ("WMATA") under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.  This Court has jurisdiction pursuant to Pub. L. No. 89-774, 80 Stat. 1324, 1351 (1966) (condemnation proceedings may be brought pursuant to 28 U.S.C. § 1358). *See also id.* at 80 Stat. 1324, 1353 ("The United States District Courts shall have original jurisdiction … of all actions brought by or against [WMATA]…."); 28 U.S.C. § 1331; *Washington Metropolitan Area Transit Authority v. One Parcel of Land in Montgomery County, Maryland*, 706 F.2d 1312, 1318 (4th Cir. 1983). This district is the proper venue because the condemned land is located in this district. Pub. L. No. 89-774, 80 Stat. 1324, 1351 (1966) (referencing 28 U.S.C. § 1403); 28 U.S.C. § 1391(b).

1

  3. The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

  4. The public purpose for which the property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

  5. The legal description of the property taken is set forth in Schedule C, which is attached hereto and made a part hereof.

  6. The plat (map) showing the property taken is set forth in Schedule D, which is attached hereto and made a part hereof.

  7. The estate taken in the property is set forth in Schedule E, which is attached hereto and made a part hereof.

  8. The amount estimated to be just compensation for the taking is set forth in Schedule F, which is attached hereto and made a part hereof.

  9. The names and addresses of known parties having or claiming an interest in said property, all of whom are named as defendants, are set forth in Schedule G, which is attached hereto and made a part hereof.

  WHEREFORE, Plaintiff requests judgment that the property and interests be condemned and that just compensation for the taking be ascertained and awarded. Plaintiff also requests that the Court award such other relief as may be lawful and proper.

Dated: November 30, 2020       ROBERT K. HUR
                               United States Attorney, District of Maryland

                               */s/ Tarra DeShields*
                               TARRA DESHIELDS
                               MD Bar # 07749
                               Assistant United States Attorney
                               U.S. Attorney's Office, District of Maryland
                               36 South Charles Street, 4th Floor
                               Baltimore, MD 21201
                               Telephone : (410) 209-4800
                               Fax: (410) 962 9947

                               EUGENE N. HANSEN
                               VA Bar # 48357
                               READE E. WILSON
                               ME Bar # 4992
                               Trial Attorneys
                               United States Department of Justice
                               Environment & Natural Resources Division
                               P.O. Box 7611, Ben Franklin Station
                               Washington, DC 20044-7611
                               Telephone: (202) 305-0301
                               Fax: (202) 353-7763
                               eugene.hansen@usdoj.gov
                               reade.wilson@usdoj.gov

## PROOF OF SERVICE

    I HEREBY CERTIFY that this Complaint will be served on all named Defendants together with other initial case filings.

*/s/ Tarra DeShields*
TARRA DESHIELDS
