## **SCHEDULE B**

## **PUBLIC PURPOSE**

The public purpose for which the property is taken is for the construction, operation, use, and maintenance of a new rail heavy repair and overhaul facility in Landover, Maryland in support of Washington Metropolitan Area Transit Authority's rapid rail transit system and related facilities and activities.